**2003–0128.   State v. Neal.**
Champaign App. Nos. 2000CA16 and 2000CA18, 2002-Ohio-6786. Reported at 98 Ohio St.3d 1538, 2003-Ohio-1946, 786 N.E.2d 901. On motion for reconsideration. Motion denied.

O'CONNOR, J., would allow on Proposition of Law No. I.

PFEIFER, J., would allow.

O'DONNELL, J., not participating.